IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED in C'ville
DEC 01 2006
JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 3:05-CR-00043-001 |
| v. | ORDER |
| ANTONIO GUZMAN-PLATON, | |
| *Defendant* | JUDGE NORMAN K. MOON |

By order of this Court, the guilty plea hearing in this matter was referred to the Honorable B. Waugh Crigler, United States Magistrate Judge, pursuant to 28 U.S.C. §636(b)(3), for proposed findings of fact and a recommended disposition. Judge Crigler filed his Report and Recommendation ("Report") on October 10, 2006, recommending that this Court accept Defendant's plea of guilty to Counts One, Three, and Four of the indictment and adjudge him guilty of those offenses.

After a careful review of the record and no objection having been filed to the Report within ten days of its service upon the parties, this Court ADOPTS the report in its entirety, finds the Defendant guilty of Counts One, Three, and Four of the indictment, adjudges him guilty of those offenses, and DISMISSES Count Two of the indictment. A presentence report in this matter shall be PREPARED.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

ENTERED: /s/ Norman K. Moon
U.S. District Judge

Dec. 1, 2006
Date